## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 23-cr-258 (RDM) |
| ANGELO PACHECO, : | |
| : | |
| **Defendant.** : | |

## JOINT MOTION FOR CHANGE OF PLEA HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Angelo Pacheco respectfully move this Court to schedule a change of plea hearing via Zoom in this matter. Mr. Pacheco has accepted the government's plea offer and signed the corresponding paperwork. The government has since forwarded the plea paperwork to chambers.

Wherefore, the government and Mr. Pacheco respectfully request that this Court grant the parties' joint motion for a change of plea hearing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By: */s/ Madison Mumma*
Madison Mumma
Trial Attorney (Detailee)
N.C. Bar Number 56546
madison.mumma2@usdoj.gov
(202) 436-8603

*/s/ Anthony Bologna*
Bologna & Blair, LLC
118 North Water St.
Liberty, Missouri 64068
(816) 792-352