**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   Case No. 1:23-cr-00258-RDM |
| vs. | ) |
| | ) |
| **Angelo Pacheco,** | ) |
| | ) |
| **Defendant.** | ) |

### ENTRY OF APPEARANCE

COMES NOW, Anthony W. Bologna, and enters his appearance as attorney of record for the Defendant in the above-captioned case.

Respectfully submitted,
Bologna & Blair, LLC

*/s/ Anthony W. Bologna*
Anthony W. Bologna MBN 48593
118 N. Water Street
Liberty, MO 64068
Phone:  816.792.3529
Fax: 816.781.9885
anthony@bolognablair.com
Attorney for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court using CM/ECF (NextGen) system which sent notification of such filing to all counsel of record.

*/s/ Anthony W. Bologna*
Anthony W. Bologna