CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal Case No.: 23-mj-258 (RDM) |
| | ) |
| Angelo Pacheco | ) |
| | ) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

*Madison Mumma*
Assistant United States attorney

Approved:

_____         Date: Oct. 25, 2023

United States District Judge