IUNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | )  Case No. 23-CR-258 (RDM) |
| | ) |
| ANGELO PACHECO, | ) |
| | ) |
| Defendant. | ) |

**<u>SENTENCING MEMORANDUM</u>**

On January 30, 2024, this Court will sentence a now 24-year-old Mr. Angelo Pacheco for his involvement in one count of violating 40 USC 5104(e)(2)(G) the class B misdemeanor of parading, demonstrating, or picketing in a capital building which occurred over 3 years ago. This offense carries with it a range of punishment of up to six months imprisonment and a fine of up to $5,000.00 and restitution under the terms of his plea agreement of $500.00.

Mr. Pacheco has been on supervised release since July 17, 2023. He has successfully complied with all Court-Ordered conditions of release since that time, residing with his parents in Kansas City, Missouri.

While Mr. Pacheco was admittedly frightened when first approached individually about these events and offered explanations that were not completely forthright, he did in short order fully accept responsibility for his involvement in this case. He gave a full and detailed statement about what his involvement was. He provided as much information as he could regarding his social media accounts including logging on to closed accounts and printing out any of his posts he could and providing them to the Government to be fully transparent about his life. He is ready and willing to abide by any punishment this Court deems appropriate. He is hopeful for a

sentence of 36 months' probation including a period of house arrest, if the Court deems house arrest appropriate.  If the Court decides house arrest is appropriate he does respectfully request two provisions for short periods of release for his continued work as a Special Olympic coach on Saturday mornings and church on Sundays.  Mr. Pacheco offers the following regarding his history and characteristics as relevant to this consideration:

Mr. Pacheco clearly made poor decisions which brought him to the situation he is in. He has always been interested in politics and it was this interest that led him to become involved in these horrible events.  From a young age, Mr. Pacheco routinely followed news and current events. This desire for knowledge led to him becoming interested in a political group called Turning Point USA.  He was not an active member but did follow their online presence and enjoyed learning about things going on in politics and government through their postings.  When the group offered to pay for travel and room for persons to travel to Washington DC to see a President speak at a rally in person he jumped at the opportunity.  He never imagined the decision to make this trip would lead to the events that ultimately unfolded or him being caught up in the crimes that ultimately took place.  Mr. Pacheco explains that going in he had no intention of being a part of what ultimately occurred and that if he could go back in time he would never have made the trip.  He also describes how bad he feels for everyone that was injured and all the damage that was caused.  "That is not me", in his words, is how he looks back on that day in frustration.

In the few years leading up to January 6, 2021, Mr. Pacheco had graduated from Park Hill High School, started a mowing business, and enrolled in the University of Missouri, Kansas City (UMKC).  He graduated high school in 2018.  His business that summer expanded to 13 lawns.

Mr. Pacheco was majoring in Business Administration with an emphasis in entrepreneurial studies.

Mr. Pacheco's first year of college went great. The summer of 2019 included continued work with his mowing business. He also branched out into website design. By the end of the summer he formed an LLC for his business creating and maintaining websites. His primary clients were members of the local Hispanic Chamber of Commerce. Mr. Pacheco is of Hispanic descent and he and his family were involved with the chamber. Through their involvement they served on a board supporting local Hispanic candidates running for political office. Through his many friendships in the chamber he attained opportunities to work helping people with their various websites.

In the fall of 2019 Mr. Pacheco returned to UMKC. This time, along with his businesses, he also took an interest in joining the Airforce. Through the chamber he became acquainted with a recruiter who talked him into coming to workouts that summer at the English Landing in Parkville, Missouri to get in shape. The goal was to ultimately enlist later that fall. The military would also offer him a chance to get his schooling paid for. It was with great frustration that this dream came to an end. Upon signing up Mr. Pacheco learned that he was rejected due to his small physical stature. With that let down he refocused on his two businesses and schooling.

By winter break Mr. Pacheco's website business had become so busy he decided to take a semester off. He decided to really focus on it and attempt to grow it with the intention of heading back to school sometime soon. It was not long after making this decision that COVID hit in early 2020. His website business took a hard hit. He tried like crazy to keep it going and it limped along until winter of 2022. That is when he decided to start substitute teaching in the

school district he had graduated from.  The district had a great need for substitutes in their special needs room.  Mr. Pacheco found that he really enjoyed working with kids with needs and it was a great way to supplement his income while his business struggled. A letter from Ms. Thomas, a teacher in the Park Hill School District is attached as Exhibit 1.

By winter of 2022-2023 the school district offered him a full-time position for the semester filling in with the autism department.  While this essentially marked the end of his website business, Mr. Pacheco found he enjoyed the work so much he jumped at the opportunity to do it full-time.

In the summer of 2023 Mr. Pacheco no longer had the opportunity to work with the kids because the teacher he was filling in for returned. His newfound passion led him to get involved with the local Special Olympics chapter instead.  He became a certified Special Olympic Coach by obtaining his online training and certification.  Certificates of Completion from the Special Olympics training Mr. Pacheco completed are attached at Exhibit 2 and 3.  He continues with that endeavor every Saturday to this day.  As a Special Olympic coach, he trains the kids at the bowling alley inside the "Main Event".  Once a year the group competes in a Special Olympic tournament. The organization is funded by the local Knights of Columbus.  Mr. Pacheco takes great pride and truly enjoys the privilege of coaching these kids and being involved in their development and competition. Mr. Pacheco's involvement ultimately led to him becoming a member of the Knights of Columbus.

During this same summer Mr. Pacheco also decided to attend EMT school at the Metropolitan Community College, Penn Valley campus.  Mr. Pacheco realized this would be a great way for him to serve his community in a life-long career and still be able to stay active in

the Special Olympics. Mr. Pacheco went on to attain his Emergency Medical Technicians certificate from the Metropolitan Community College (Exhibit 4), as well as his Emergency Medical Technician License through the Missouri Department of Health and Senior Services (Exhibit 5) and his National EMS Certification as an EMS professional through the National Registry of Emergency Medical Technicians (Exhibit 6).

As the Government points out in its memorandum, Mr. Pacheco is currently unemployed. Unfortunately, his actions and resulting charges have made it practically impossible to get substitution jobs. They have also created a seemingly impossible path to breaking into his EMT career. Since these charges were filed, he has applied to numerous agencies and been met with no interviews. He has made application to Heed Health EMT, Independence AMR, Kansas City, Kansas AMR, Amphibious Medics, De Soto, Kansas, KC Medical Inc, Firefighter/EMT City of Excelsior Springs, Patient Care EMT Research Medical Hospital. He made it to the final group in one hiring cycle and then never heard back. He realizes he is responsible for this dilemma and knows if he sticks with it, he will get his chance and be a great success.

It is readily apparent through this narrative of Mr. Pacheco's life, the letters and certificates that have been included with this memorandum, his past work and civic involvement and his efforts to focus his life on positive endeavors that he is spot on when he said "that is not me". Mr. Pacheco clearly made poor decisions as the events of January 6th unfolded. But he is taking full responsibility for his actions and no doubt feels great remorse for his involvement and for the pain and suffering anyone endured because of what went on that day. Mr. Pacheco has vowed not to let this one event define him.

Mr. Pacheco has great things ahead in his young life. He knows he made some bad decisions which led him to a bad place. He has made a concerted effort to focus on continuing to be the caring, concerned, giving and successful person he is.

Mr. Pacheco is accepting of whatever punishment this Court deems most appropriate for him. He is hopeful for an opportunity to show who he truly is through a probation with this Court. He is also asking the Court consider release provisions, if it decides home incarceration is appropriate, allowing him to continue to train his Special Olympic team on Saturday mornings and attend church on Sunday mornings. Character letters from Mr. Alfred Balloqui and Mr. Paul Pottier are also attached as Exhibits 7 and 8 for the Courts review.

Respectfully submitted,

*/s/ Anthony W. Bologna*
Bologna & Blair, LLC
118 Water Street
Liberty, Missouri 64068
(816) 792-3529
ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

In accordance with Rule 49(a), (b) and (d), Fed. R. Crim. P., and Rule 5(b), Fed. R. Civ. P., it is hereby CERTIFIED that the foregoing was sent electronically ECF/PACER to counsel of record.

*/s/ Anthony W. Bologna*