UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 23-cr-00258 |
| ) | |
| ANGELO PACHECO ) | |
| ) | |
| Defendant ) | |

**DEFENDANT ANGELO PACHECO'S MOTION TO MODIFY CONDITIONS OF PROBATION**

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

NOW COMES, Angelo Pacheco, by and through his undersigned counsel or record, William L. Shipley, requesting this Court modify the conditions of probation imposed by this Court so as to allow for travel to the District of Columbia to attend President-Elect Donald Trump's Inauguration.

Mr. Pacheco was sentenced to a term of two years probation, with the condition that 30 days be spent on home confinement, after entering into a plea agreement for a violation of 40 U.S.C. Sec. 5104(e)(2)(G).

Mr. Pacheco made a request to his Probation Officer to allow for travel to Washington D.C. from January 19, 2025, through January 21, 2025, to be present for President-Elect Donald Trump's Inauguration. The Probation Officer denied the request informing Mr. Pacheco he would need this Court's approval to attend.

Based on a review of the docket, no probation violations have been reported.

Wherefore, this Court should grant Mr. Pacheco's motion to modify his terms of probation to allow for travel to the District of Columbia to attend President-Elect Donald Trump's Inauguration

Dated: January 13, 2025                Respectfully Submitted,

William L. Shipley, Jr., Esq.
PO BOX 745
Kailua, Hawaii 96734
Tel: (808) 228-1341
Email: 808Shipleylaw@gmail.com

*Attorney for Defendant*