UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 23-cr-258 (RDM) |
| v. : | |
| : | |
| ANGELO PACHECO, : | |
| : | |
| Defendant : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S
### MOTION TO MODIFY CONDITIONS OF PROBATION

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to Defendant Angelo Pacheco's Motion to Modify Conditions of Probation.

Without seeking the government's position, Pacheco moved to modify the terms of his probation such that he may travel to Washington, D.C. from January 19, 2025, through January 21, 2025. *See* ECF No. 30 at 3 ("You must now knowingly leave the federal judicial district for which you are authorized to reside without first getting permission from the court or the probation officer."). Pacheco makes this request so that he may attend the U.S. Presidential Inauguration at the U.S. Capitol—the scene of the crimes for which he remains on probation—on January 20, 2025.

The government does not oppose Pacheco's motion. But the government respectfully requests that the Court remind Pacheco of another condition of his probation that he has not moved to modify: he "must not knowingly communicate or interact with" an individual convicted of a felony. ECF No. 30 at 3.

      Respectfully submitted,

      MATTHEW M. GRAVES
      United States Attorney
      D.C. Bar No. 481052

2

By:   s/ *Madison H. Mumma*
MADISON H. MUMMA
Trial Attorney
N.C. Bar No. 56546
U.S. Department of Justice
1301 New York Ave. NW
Washington, D.C. 20530
madison.mumma@usdoj.gov
202-913-4794